**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

CARLOS ALTAMIRANO,

                Plaintiff,

                -against-

GILBANE BUILDING COMPANY, et al.,

                Defendants.

------------------------------------------------------------x

23-CV-5853 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Pretrial Conference on Thursday, May 02, 2024. The parties are directed to complete remaining non-party fact depositions **by Friday, June 28, 2024**. The parties are further directed to file a joint status letter on **Friday, June 28, 2024**.

      **SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: May 2, 2024                                 **Ona T. Wang**
      New York, New York             United States Magistrate Judge