**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
CARLOS ALTAMIRANO,                          :
                                            :
                Plaintiff,                  :           23-CV-5853 (OTW)
                                            :
        -against-                           :           ORDER
                                            :
GILBANE BUILDING COMPANY, et al.,           :
                                            :
                Defendants.                 :
-----------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

A telephonic Status Conference was held in this case on September 26, 2024.

For the reasons discussed at the conference, the deadline for expert discovery is extended to **Friday, December 20, 2024**. There will be no extensions without good cause shown.

The parties are further directed to file joint status letters on the docket on **October 25, 2024** and **November 22, 2024**. Each letter should identify what discovery the parties have completed, what discovery remains to be done, and how the parties plan to complete discovery in the time remaining. Additionally, the letters should indicate whether the parties would like to schedule a Preliminary Settlement Conference Call with the Court.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: September 26, 2024,          **Ona T. Wang**
       New York, New York          United States Magistrate Judge