**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CARLOS ALTAMIRANO,

               Plaintiff,

             -against-

GILBANE BUILDING COMPANY, et al.,

             Defendants.
------------------------------------------------------------x

23-CV-5853 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 35.

The parties' request to re-open fact and expert discovery is **GRANTED**. Accordingly:

- Plaintiff's supplemental disclosures are due **December 31, 2024**.
- Fact discovery will close **February 28, 2025**.
- Expert discovery will close **March 21, 2025**.

There will be no further extensions without good cause shown.

**SO ORDERED.**

Dated: December 20, 2024,
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge