**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
CARLOS ALTAMIRANO,

                Plaintiff,                        23-CV-5853 (OTW)

           -against-                       **ORDER**

GILBANE BUILDING COMPANY, et al.,

                Defendants.
-----------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court is in receipt of ECF 40.

       This case is **STAYED** pending the conclusion of mediation.  The parties are directed to file a joint status letter on the docket apprising the Court of the results of their mediation by **Friday, August 29, 2025**.

       SO ORDERED.

                                                          *s/ Ona T. Wang*
Dated: April 4, 2025                                                 **Ona T. Wang**
       New York, New York                                United States Magistrate Judge