**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CARLOS ALTAMIRANO,

          Plaintiff,

        -against-

GILBANE BUILDING COMPANY, et al.,

          Defendants.
------------------------------------------------------------x

23-CV-5853 (OTW)

**ORDER OF DISMISSAL**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court having been advised that all claims asserted herein have been settled, it is

**ORDERED** that this case is unstayed (ECF 41) and that the above-entitled action be, and hereby is, dismissed with prejudice but without costs. Any pending dates and deadlines are adjourned *sine die*, and all pending motions are **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: November 14, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge